# United States Bankruptcy Court
## Southern District of Ohio

In re  **Willium J Jaworowski**                                              Case No.
                                    Debtor(s)                                Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 26, 2018**              **/s/ Willium J Jaworowski**
                                           **Willium J Jaworowski**
                                           Signature of Debtor